IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TEN X CAPITAL PARTNERS III, LLC | ) | No. 2011 B 27294 |
| (SERIES B), | ) | |
| | ) | |
| | ) | Hon. John D. Squires |
| | ) | United States Bankruptcy Judge |
| Debtor. | ) | |

**FIRST AND FINAL APPLICATION OF GOULD & RATNER LLP
FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE
PERIOD JULY 1, 2011 THROUGH SEPTEMBER 22, 2011**

Gould & Ratner LLP (the "Applicant" or "G&R") requests entry of an order approving its first and final application for allowance of compensation and reimbursement of expenses ("First and Final Application") for its representation of the Debtor, Ten X Capital Partners III, LLC (Series B) ("Ten X" or the "Debtor"), for the period from July 1, 2011 through September 22, 2011 (the "Application Period"). Applicant also seeks a shortening of the 21-day notice period in connection with the First and Final Application in accordance with Fed. R. Bankr. P 2002 (a)(2). In support of its First and Final Application and its request for a shortening of the 21-day notice, G&R respectfully states as follows:

1. The First and Final Application seeks an order awarding $55,458.00 in fees and reimbursement of out-of-pocket expenses in the amount of $939.78.

2. G&R understands that requests for fees and reimbursement of expenses are made in accordance with the requirements set forth in §§ 330 and 331 of the Bankruptcy Code, the procedures set forth in the applicable Federal Rules of Bankruptcy Procedure, the local rules of this Court, applicable case law, the guidelines promulgated by the Office of the United States

Trustee and such other rules and procedures as have been established by the United States Bankruptcy Court for the Northern District of Illinois.

3. G&R expended a considerable amount of time and effort on behalf of the Debtor, including negotiating and documenting and attending the closing of the sale of the property located at 601 W. Polk Street, Chicago, Illinois (the "Property").

4. The Applicant seeks court approval of its First and Final Application for services rendered to the Debtor during the Application Period in the amount of $55,458.00 and reimbursement of expenses in the amount of $939.78, necessarily incurred and advanced by the Applicant in the course of providing professional services to the Debtor during the Application Period.

5. The Applicant has not received any interim compensation during the Application Period.

6. All professional services for which compensation is requested were performed by the Applicant for the Trustee.

## BACKGROUND AND ENGAGEMENT OF THE APPLICANT

7. On June 30, 2011 ("Petition Date"), a voluntary Chapter 11 petition was filed by Ten X Capital Partners III, LLC (Series B), pursuant to 11 U.S.C. § 301.

8. On August 30, 2011, the Court approved the appointment of G&R as special real estate counsel to the Debtor. (Exhibit 1)

9. Since its appointment, G&R has rendered actual and necessary legal services to the Debtor as set forth herein.

## ALLOWANCE OF COMPENSATION

10. The Applicant has devoted 185.20 hours of professional time in providing legal services to the Debtor during the Application Period (and anticipates providing not less than 10 additional hours).

11. A true and correct copy of an itemization of the Applicant's time record entries for the Application Period, which details the time entries and the members of the firm providing services, is attached as Exhibit 2.

12. A summary of the time spent by each individual and a computation of the value of professional time is listed below:

| Name | Position | Hours | Rate/Hour | Fees Earned |
|---|---|---|---|---|
| **ATTORNEYS** | | | | |
| Christopher J. Horvay | Partner | 2.20 | 470.00 | $1,034.00 |
| Paul W. Carroll | Partner | 4.30 | 425.00 | $1,827.50 |
| Mark E. Leipold | Partner | .70 | 390.00 | $273.00 |
| Jessica G. Lingertat | Partner | 28.60 | 340.00 | 9,724.00 |
| Joseph W. Marzo | Associate | 119.30 | 280.00 | $33,404.00 |
| Joseph W. Marzo | Associate | 10.00 | (Estimated time)280.00 | 2800.00 |
| **NON-ATTORNEYS** | | | | |
| Susan M. Mosteller | Paralegal | .90 | 235.00 | 211.50 |
| Gayle Cosentino | Paralegal | 24.40 | 220.00 | $5,368.00 |
| Juana X. Correa | Paralegal | 2.50 | 170.00 | 425.00 |
| Heather M. Martinez | Paralegal | 2.30 | 170.00 | $391.00 |
| **TOTAL:** | | **195.20** | | **$55,458.00** |

13. The Applicant requests compensation for services performed in connection with this case and estimates an additional 10 hours of services (to be provided by Joseph W. Marzo at the rate of $280.00 per hour) in order to finish up post-closing work on the sale of the Property.

14. The Applicant will not share any compensation received or to be received pursuant to this Application, except as allowed by Section 504(b) of the Bankruptcy Code. No agreement or understanding exists between Applicant or any other persons or firms for the sharing of compensation received, or to be received, in connection with this Chapter 11 case.

15. The services rendered to the Trustee were necessary to the administration of these bankruptcy proceedings.

## SUMMARY OF APPLICANT'S SERVICES

16. The tasks performed and time expended by G&R includes the negotiation, documentation and preparation of all documentation relating to the sale of the Property.

## REQUEST FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

17. Applicant seeks reimbursement of expenses in the amount of $939.78. A detailed itemization of all expenses recorded by Applicant during the Application Period is set forth on Exhibit 3. All such expenses were actually incurred in connection with the sale of the Property and were necessary for the performance of Applicant's services as described herein.

18. Based on the foregoing, for the period from July 1, 2011 through September 22, 2011, Applicant seeks compensation in the amount of $55,458.00 and reimbursement of expenses in the amount of $939.78.

## REQUEST FOR SHORTENING OF 21-DAY NOTICE PERIOD

19. Applicant seeks a shortening of the 21-day notice as stated in Fed. R. Bankr. P 2002 (a)(2), because it is Applicant's understanding, based on discussions with Debtor's counsel, that all pre-petition creditors have been paid or will be paid in full as a result of the closing.

WHEREFORE, Gould & Ratner LLP respectfully requests that this Court enter an Order:

a. Awarding the Applicant fees in the amount of $55,458.00 for compensation and authorizing reimbursement of expenses in the amount of $939.78 pursuant to Sections 330 and 331 of the Bankruptcy Code (collectively, the "First and Final Award");

b. Directing the Trustee to immediately pay the Applicant from available funds; and

c. An Order shortening the 21-day notice period to seven (7) days.

  d.  Granting such other and further relief this Court deems just.

Dated:  September 23, 2011

              GOULD & RATNER LLP,

              By: /s/ Christopher J. Horvay

Christopher J. Horvay (I.D. No. 1263315)
GOULD & RATNER LLP
222 North LaSalle St., Suite 800
Chicago, Illinois  60601
Telephone:    312.236.3003
Facsimile:    312.236.3241

4813-7744-2058, v.  1